IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DANA L. WELLS
ADC # 651961                                                                                    PLAINTIFF

v.                          Case No. 4:14-cv-00741-KGB-JJV

SOUTHERN HEALTH PARTNERS, et al.                                          DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 12). No objections have been filed, and the time to file objections has passed. After careful consideration, the Court approves and adopts in their entirety the Proposed Findings and Recommendations as this Court's findings in all respects.

It is, therefore, ordered that:

1. Plaintiff's complaint is dismissed without prejudice (Dkt. No. 2).

2. All pending motions are denied as moot.

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

SO ORDERED this 14th day of May, 2015.

Kristine G. Baker
United States District Judge