**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**DANA L. WELLS
ADC # 651961**                                                                                                          **PLAINTIFF**

v.                              Case No. 4:14-cv-00741-KGB-JJV

**SOUTHERN HEALTH PARTNERS, et al.**                                                            **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered in this matter on this date, the Court dismisses this case without prejudice.

SO ADJUDGED this 14th day of May, 2015.

_____
Kristine G. Baker
United States District Judge